IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC THOMAS WRHEL,

    Plaintiff,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No.  15-cv-39-jdp

U.S. TREASURY-INTERNAL REVENUE
SERVICE,

    Defendant.

    This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered granting defendant U.S. Treasury-Internal Revenue Service's motion for summary judgment on threshold issues and dismissing this case.

    /s/　　　　　　　　　　　　　　　　　　3/22/2016
Peter Oppeneer, Clerk of Court　　　　　　　　　　Date